UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORP., a California corporation; PNY TECHNOLOGIES, INC., a Delaware corporation; MEMTEK PRODUCTS, INC., a California corporation; and C-ONE TECHNOLOGY CORPORATION, a Taiwan corporation,<br><br>Defendants. | **Case No. C 00-4770 MJJ**<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS the Plaintiff, LEXAR MEDIA, INC., and Defendant MEMOREX PRODUCTS, INC., formerly known as Memtek Products, Inc. have entered into a Settlement Agreement and Mutual Release, which includes as Exhibit A and incorporates herein by reference (the "Settlement Agreement");

WHEREAS the Settlement Agreement provides that the Plaintiff shall dismiss without prejudice all remaining claims against Memorex in the above-captioned action;

NOW, THEREFORE, pursuant to the Settlement Agreement of the Parties, as indicated by their signatures below, the claims against Memorex are dismissed without prejudice.

| | | |
|---|---|---|
| 1 | DATED: June 14, 2005 | GONZALES & LEIGH, LLP |
| 2 | | |
| 3 | | By: /s/ G. Whitney Leigh |
| 4 | | G. WHITNEY LEIGH |
| 5 | | Attorneys for Defendant MEMOREX PRODUCTS INC. |
| 6 | | |
| 7 | | |
| 8 | DATED: June 14, 2005 | WEIL, GOTSHAL & MANGES LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ David Healey |
| 12 | | DAVID HEALEY Attorneys for Plaintiff LEXAR MEDIA, INC. |
| 13 | | |
| 14 | | |
| 15 | | **O R D E R** |
| 16 | IT IS SO ORDERED. | |
| 17 | | /s/ Martin J. Jenkins |
| 18 | | HONORABLE MARTIN J. JENKINS UNITED STATES DISTRICT JUDGE |