MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
STEVEN CHERENSKY (Bar No. 168275)
Email: steven.cherensky@weil.com
PERRY CLARK (Bar No. 197101)
Email: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
LEXAR MEDIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP., <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS | Case No. 00-4770 MJJ <br><br> **STIPULATION OF DISMISSAL OF U.S. PATENT NOS. 5,930,815, 5,907,856, AND 5,818,781** <br><br> Hon. Martin J. Jenkins <br><br> Granted |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action with respect to Lexar's United States Patent Nos. 5,930,815, 5,907,856, and 5,818,781 be and hereby is dismissed without prejudice as to Pretec Electronics Corp., PNY Technologies, Inc., and C-One Technology Corp.

Dated: September 9, 2005      WEIL, GOTSHAL & MANGES LLP

By: _____/S/_____
Anita Kadala
Attorneys for Plaintiff
LEXAR MEDIA, INC.

Dated: September 9, 2005      MOUNT & STOELKER

By: _____/S/_____
Justin Beck
Attorneys for Defendants
PRETEC ELECTRONICS CORP.,
PNY TECHNOLOGIES, INC., and
C-ONE TECHNOLOGY CORP.

9/13/2005

*[Signature of Judge Martin J. Jenkins, seal of United States District Court, Northern District of California]*

**STIPULATION OF DISMISSAL OF U.S. PATENT NOS. 5,930,815, 5,907,856, AND 5,818,781**

1

00-4770 MJJ
C:\Documents and Settings\CLARKP\Local Settings\Temp\c.data.notes\Stip_Dismissal W_O Prej_#228157.DOC