**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff–Counterclaim Defendant<br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| LEXAR MEDIA, INC.,<br><br>    Plaintiff-Counterclaim Defendant<br>    v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ |
| LEXAR MEDIA, INC.,<br><br>    Plaintiff,<br>    v.<br><br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP.,<br><br>    Defendants. | Case No. 00-CV-4770 MJJ |

The parties have met and conferred and agree that a short extension of time will be needed to complete fact and expert discovery and to prepare for mediation, dispositive motions, and trial. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the February 6, 2006 Scheduling Order be modified as follows.

| Event | February 6, 2006 Scheduling Order | Proposed Date | |
|---|---|---|---|
| Complete fact discovery | March 24, 2006 | April 21, 2006 | |
| Burden of proof expert reports | April 14, 2006 | May 23, 2006 | |
| Rebuttal expert reports | May 12, 2006 | June 16, 2006 | |
| Complete Expert Discovery | May 29, 2006 | July 14, 2006 | |
| Last day to file dispositive motions | June 22, 2006 | August 10, 2006 | |
| Opposition briefs due | July 6, 2006 | August 25, 2006 | |
| Reply briefs due | July 13, 2006 | September 1, 2006 | |
| Hearing on dispositive motions | August 1, 2006 | ~~September 21 or 22, 2006, or as soon thereafter as is convenient for the Court and the parties~~ | 11/7/2006 |
| Mediation take place before | August 28, 2006 | On or before September 30, 2006 | |
| New claim terms designated by | August 28, 2006 | September 30, 2006 | |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATED EXTENSION OF CASE SCHEDULE; ~~PROPOSED~~ ORDER;  1

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ, 00-CV-4770 MJJ
SV1:\243818\03\584Q03!.DOC\59204.0003

SV1:\243818\03\584Q03!.DOC\59204.0003

| | |
|---|---|
| 1  Dated: March 24, 2006 | _____/s/ *Steven Cherensky*_____ |
| 2 | Matthew D. Powers (Bar No. 104795) |
|   | matthew.powers@weil.com |
| 3 | Steven Cherensky (Bar No. 168275) |
|   | steven.cherensky@weil.com |
| 4 | Christopher J. Cox (Bar No. 151650) |
| 5 | WEIL, GOTSHAL & MANGES LLP |
|   | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA  94065 |
| 7 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |
| 8 | |
|   | Attorneys for LEXAR MEDIA, INC. |
| 9 | |
| 10  Dated: March 24, 2006 | _____/s/ *Rob McCauley*_____ |
|    | Robert F. McCauley (Bar No. 162056) |
| 11 | robert.mccauley@finnegan.com |
|    | FINNEGAN, HENDERSON, FARABOW, |
| 12 |   GARRETT & DUNNER, L.L.P. |
|    | 3300 Hillview Ave. |
| 13 | Palo Alto, CA  94304 |
|    | Telephone:  (650) 849-6600 |
| 14 | Facsimile:  (650) 849-6666 |
| 15 | J. Michael Jakes |
|    | mike.jakes@finnegan.com |
| 16 | Doris Johnson Hines |
|    | dori.hines@finnegan.com |
| 17 | FINNEGAN, HENDERSON, FARABOW, |
|    |   GARRETT & DUNNER, L.L.P. |
| 18 | 901 New York Ave, N.W. |
|    | Washington, DC  20001-4413 |
| 19 | Telephone:  (202) 408-4000 |
|    | Facsimile:  (202) 408-4400 |
| 20 | |
|    | Attorneys for |
| 21 | TOSHIBA CORPORATION |

| STIPULATED EXTENSION OF CASE SCHEDULE; ~~PROPOSED~~ ORDER; | 2 | CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ, 00-CV-4770 MJJ<br>SV1:\243818\03\584Q03!.DOC\59204.0003 |
|---|---|---|

| | | |
|---|---|---|
| 1 | Dated: March 24, 2006 | /s/ *Jeffrey Sullivan* |
| 2 | | Jeffrey L. Bleich (Bar No. 144340)<br>BAKER BOTTS, LLP |
| 3 | | E-Mail: jeff.bleich@mto.com<br>MUNGER, TOLLES & OLSON L.L.P. |
| 4 | | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| 5 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Attorneys for Defendant
FUJI PHOTO FILM USA, INC.

Dated: March 24, 2006                 /s/ *Jeremy M. Duggan*
Daniel S. Mount, Esq. (Bar No. 077517)
dmount@mount.com
Ron C. Finley, Esq. (Bar No. 200549)
rfinley@mount.com
Justin T. Beck, Esq. (Bar No. 53138)
jbeck@mount.com
Jeremy M. Duggan (Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendants
PRETEC ELECTRONICS CORP. and
C-ONE TECHNOLOGY CORPORATION
PNY TECHNOLOGIES, INC

---

STIPULATED EXTENSION OF CASE
SCHEDULE; ~~PROPOSED~~ ORDER;   3

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ
SV1:\243818\03\584Q03!.DOC\59204.0003

## SUPPORTING DECLARATION OF STEVEN CHERENSKY

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have been actively engaged in discovery and, in particular, the parties have been actively preparing for and taking depositions in the United States and in Japan since September, 2005. In recent weeks, the parties have met and conferred and agreed that the schedule in this case should be extended, as requested above, to permit the orderly completion of fact and expert discovery and to prepare for mediation and any dispositive motion practice.

3. There have not been any prior modifications to the Court's February 6, 2006 Scheduling Order. The February 6, 2006 Scheduling Order modified the schedule set in a June 8, 2005 Scheduling Order. The requested modification of the schedule will extend the various dates specified in the stipulation by approximately four to six weeks, but need not otherwise impact the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 24, 2006 at Redwood Shores, California.

        /s/ *Steven Cherensky*
        Steven Cherensky

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on dispositive motions is set for __11/7/2006__ at __9:30 am__.

Dated: 4/10/2006

*Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Court Judge

STIPULATED EXTENSION OF CASE SCHEDULE; ~~PROPOSED~~ ORDER;    5

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ, 00-CV-4770 MJJ

SV1:\243818\03\584Q03!.DOC\59204.0003