1    **[APPEARANCES LISTED ON SIGNATURE PAGES]**

2

3

4

5

6                      **UNITED STATES DISTRICT COURT**

7                     **NORTHERN DISTRICT OF CALIFORNIA**

8                        **SAN FRANCISCO DIVISION**

9    TOSHIBA CORPORATION,                          Case No. 02-CV-05273 MJJ (JL)

10          Plaintiff–Counterclaim Defendant        **STIPULATED EXTENSION OF**
                                                    **EXPERT DISCOVERY; SUPPORTING**
        v.                                          **DECLARATION; [PROPOSED]**
11                                                  **ORDER**
     LEXAR MEDIA, INC.,
12
            Defendant-Counterclaim Plaintiff
13   LEXAR MEDIA, INC.,                              Case No. 03-CV-00355 MJJ

14          Plaintiff-Counterclaim Defendant
        v.
15
     FUJI PHOTO FILM USA, INC.,
16
            Defendant-Counterclaim Plaintiff
17   LEXAR MEDIA, INC.,                             Case No. 00-CV-4770 MJJ

18               Plaintiff,

19   v.

20   PRETEC ELECTRONICS CORP.; PNY
     TECHNOLOGIES, INC.; MEMTEK
21   PRODUCTS, INC.; and C-ONE
     TECHNOLOGY CORP.,
22
                 Defendants.
23

24

25

26

27

28

STIPULATED EXTENSION OF EXPERT              CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
DISCOVERY; [PROPOSED] ORDER                                            00-CV-4770 MJJ

SV1:\243818\02\584Q02!.DOC\59204.0003

Toshiba has requested a short extension of time to conduct expert discovery in this action and Lexar does not object provided that the extension does not delay any other dates in this case. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule for expert discovery set forth in the April 10, 2006 Scheduling Order be modified as follows:

| Event | April 10, 2006 Scheduling Order | Proposed Date |
|---|---|---|
| Burden of proof expert reports | May 23, 2006 | June 9, 2006 |
| Rebuttal expert reports | June 16, 2006 | July 10, 2006 |
| Complete Expert Discovery | July 14, 2006 | July 28, 2006 |

The parties are not requesting any other changes to the April 10, 2006 Scheduling Order, which set the remaining dates as follows:

| | |
|---|---|
| Last day to file dispositive motions | August 10, 2006 |
| Opposition briefs due | August 25, 2006 |
| Reply briefs due | September 1, 2006 |
| Mediation take place | On or before September 30, 2006 |
| New claim terms designated by | September 30, 2006 |
| Hearing on dispositive motions | November 7, 2006 |

By his signature below, counsel for Toshiba attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATED EXTENSION OF EXPERT
DISCOVERY; [PROPOSED] ORDER                 1

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ

SV1:\243818\02\584Q02!.DOC\59204.0003

Dated:  May 17, 2006

_____/s/ *Steven Cherensky*_____
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for LEXAR MEDIA, INC.

Dated:  May 17, 2006

_____/s/ *Rob McCauley*_____
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

Dated:  May 17, 2006                        /s/ *Jeffrey Sullivan*

Jeffrey L. Bleich (Bar No. 144340)
BAKER BOTTS, LLP
E-Mail:  jeff.bleich@mto.com
MUNGER, TOLLES & OLSON L.L.P.
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Attorneys for Defendant
FUJI PHOTO FILM USA, INC.

Dated: May 17, 2006                        /s/ *Jeremy Duggan*

Daniel S. Mount, Esq. (Bar No. 077517)
dmount@mount.com
Ron C. Finley, Esq. (Bar No. 200549)
rfinley@mount.com
Justin T. Beck, Esq. (Bar No. 53138)
jbeck@mount.com
Jeremy M. Duggan (Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendants
PRETEC ELECTRONICS CORP. and
C-ONE TECHNOLOGY CORPORATION
PNY TECHNOLOGIES, INC

STIPULATED EXTENSION OF EXPERT
DISCOVERY; [PROPOSED] ORDER          3          CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ

**SUPPORTING DECLARATION OF ROBERT F. McCAULEY**

I, Robert F. McCauley, declare as follows:

1.      I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a partner of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., attorneys of record for Plaintiff Toshiba Corporation. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.      The factual representations made above in the above Stipulation are true. The parties have been actively engaged in discovery and, in particular, the parties have been actively preparing for and taking depositions in the United States and in Japan since September, 2005. In recent weeks, the parties have met and conferred and agreed that the expert discovery schedule in this case should be extended by approximately two weeks, as requested above, to permit the orderly completion of expert discovery and to prepare for mediation and any dispositive motion practice.

3.      There have not been any prior modifications to the Court's April 10, 2006 Scheduling Order. The April 10, 2006 Scheduling Order modified the schedule set in a February 6, 2006, Scheduling Order, which modified the schedule in a June 8, 2005 Scheduling Order. The requested extension of the schedule will extend expert discovery by approximately two weeks, but does not change the later dates for mediation, designation of new claim terms, or dispositive motions set forth in the Court's April 10, 2006 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 17, 2006 at Palo Alto, California.

 /s/ *Robert F. McCauley*
Robert F. McCauley

STIPULATED EXTENSION OF EXPERT
DISCOVERY; [~~PROPOSED~~] ORDER          4

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
00-CV-4770 MJJ

1          **[~~PROPOSED~~] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: ___5/21/2006___          _____
                                     The Honorable Martin J. Jenkins
5                                    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED EXTENSION OF EXPERT
DISCOVERY; [~~PROPOSED~~] ORDER          5          CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ,
                                                                      00-CV-4770 MJJ

SV1:\243818\02\584Q02!.DOC\59204.0003