[APPEARANCES LISTED ON SIGNATURE PAGES]

**FILED**

JUL 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP., <br><br> Defendants. | Case No. 00-CV-4770 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO STAY CASE** |

WHEREAS plaintiff Lexar Media, Inc. ("Lexar"), Acclaim Innovations LLP (the assignee of the patents-in-suit), and defendant PNY Technologies, Inc. ("PNY") anticipate that they may engage in settlement negotiations to settle the above captioned case; and

WHEREAS, on May 30, 2006, the Court granted counsel for defendants PNY, Pretec and C-One motion to withdraw and Pretec and C-One have not yet retained new counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between Lexar and PNY, through their respective counsel undersigned, that:

The above-captioned litigation shall be immediately stayed for sixty days to allow the parties to negotiate in an attempt to reach a final

1  settlement of this matter.

2  This stipulated stay would vacate the dates for the hearing currently set for July 26,
3  2006 and set forth in the stipulated case schedule entered by the Court on May 21, 2006 (Docket
4  No. 323).

6  By his signature below, counsel for Lexar attests under penalty of perjury that
7  counsel for the parties concur in the filing of this stipulation. ①

Dated: July 10, 2006

                        /s/ *Steven Cherensky*
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala (admitted *pro hac vice*)
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
LEXAR MEDIA, INC.

① Should the parties fail to reach a settlement by the expiration of the 40-day stay, they shall file a joint statement so indicating.

1
2  Dated: July 10, 2006                         /s/ *Jeremy M. Duggan*
                                                Daniel S. Mount, Esq. (Bar No. 077517)
                                                dmount@mount.com
3                                               Alfredo A. Bismonte, Esq. (Bar. No. 136154)
                                                abismonte@mount.com
4                                               Ron C. Finley, Esq. (Bar No. 200549)
                                                rfinley@mount.com
5                                               Justin T. Beck, Esq. (Bar No. 53138)
                                                jbeck@mount.com
6                                               Jeremy M. Duggan (Bar No. 229854)
                                                jduggan@mount.com
7                                               MOUNT & STOELKER, P.C.
                                                RiverPark Tower, 17th Floor
8                                               333 West San Carlos Street
                                                San Jose, CA 95110
9                                               Tel.: (408) 279-7000
                                                Fax: (408) 998-1473
10
                                                Attorneys for Defendant
11                                              PNY TECHNOLOGIES, INC

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:

14
                                                _____
15  Dated: 7/13/06
                                                The Honorable Martin J. Jenkins
16                                              United States District Court Judge

17
18
19
20
21
22
23
24
25
26
27
28