1  [APPEARANCES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., | Case No. 00-CV-4770 MJJ |
| Plaintiff, | **STIPULATION AND [░░░░░░░] ORDER TO STAY CASE** |
| v. | |
| PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORP., | |
| Defendants. | |

WHEREAS, on July 13, 2006, the Court ordered that this case be stayed 60 days pursuant to the stipulation by plaintiff Lexar Media, Inc. ("Lexar") and defendant PNY Technologies, Inc. ("PNY") to allow Lexar and PNY to engage in settlement discussions; and

WHEREAS Lexar and PNY have not concluded those settlement discussions and wish to continue them,

IT IS HEREBY STIPULATED AND AGREED, by and between Lexar and PNY, through their respective counsel undersigned, that:

The above-captioned litigation shall be immediately stayed for another sixty days to allow the parties to conclude their settlement discussions in order to reach a final settlement of

1  this matter. *1

2  By his signature below, counsel for Lexar attests under penalty of perjury that
3  counsel for the parties concur in the filing of this stipulation.

4
5  Dated: September 12, 2006

                    /s/ *Steven Cherensky*
Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala (admitted *pro hac vice*)
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
LEXAR MEDIA, INC.

---

*1 - If the parties fail to reach a settlement, the parties shall file a Joint Statement at the expiration of the 60 day stay so indicting.

STIPULATION AND [PROPOSED] ORDER TO STAY CASE      2      Case No. CV 00-4770 MJJ
SV1:\255583\03\5h7j03!.DOC\11065.0008

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 12, 2006 | /s/ *Ron Finley* |

Daniel S. Mount, Esq. (Bar No. 077517)
dmount@mount.com
Alfredo A. Bismonte, Esq. (Bar. No. 136154)
abismonte@mount.com
Ron C. Finley, Esq. (Bar No. 200549)
rfinley@mount.com
Justin T. Beck, Esq. (Bar No. 53138)
jbeck@mount.com
Jeremy M. Duggan (Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendant
PNY TECHNOLOGIES, INC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/13/2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge