Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: rfinley@beckross.com
       jbeck@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Defendant
PNY TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PRETEC ELECTRONICS CORP, a California corp.; PNY TECHNOLOGIES, INC., a Delaware corp.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC., a California corp., and C-ONE TECHNOLOGY CORPORATION, a Taiwan corp., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. C-00-4770 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF LEGAL COUNSEL FOR PNY TECHNOLOGIES, INC.** |

The current counsel of record on behalf of Defendant PNY TECHNOLOGIES, INC. ("PNY") is Mount & Stoelker, P.C. PNY and Mount & Stoelker, P.C. have reached an agreement wherein Mount & Stoelker, P.C. will substitute out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP.

Beck, Ross, Bismonte & Finley, LLP's contact information is as follows:

>    Beck, Ross, Bismonte & Finley, LLP
>    Fairmont Plaza
>    50 West San Fernando Street, Suite 1300
>    San Jose, CA 95113
>    Tel: (408) 938-7900
>    Fax: (408) 938-0790

Accordingly, PNY, Mount & Stoelker, PC and Beck, Ross, Bismonte & Finley, LLP, stipulate that Mount & Stoelker, PC is substituted out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP who represents PNY as its new counsel of record.

PNY TECHNOLOGIES, INC.

Dated: ~~October~~ November 7, 2006    By: /s/ _____ TREASURER
                                            Heidi Stuto
                                            Its, ___

Mount & Stoelker, P.C.

Dated: ~~October~~ November 7, 2006    By: /s/ Daniel Mount
                                            Daniel S. Mount, Esq.
                                            Daniel H. Fingerman, Esq.

Beck, Ross, Bismonte & Finley, LLP

Dated: ~~October~~ November 7, 2006    By: /s/ _____
                                            Alfredo A. Bismonte, Esq.

I hereby attest that I have on file the holographic signature of Heidi Stuto, on behalf of PNY and Daniel S. Mount, Esq. on behalf of the law firm of Mount & Stoelker, PC concurring with the filing of this request for substitution of counsel for PNY.

Dated: November 7, 2006      ___/s/_____
                                                          Alfredo A. Bismonte

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _November 8_, 2006      _____
                                                          The Honorable Martin J. Jenkins
                                                          United States District Court Judge