1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCLAIM INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION,<br><br>　　　　Defendants. | Case No. 00-CV-4770 MJJ<br><br>**JOINT STATEMENT REGARDING CASE SCHEDULE**<br><br>PRETRIAL ORDER |

Pursuant to the Court's instructions at the hearing on January 17, 2007, the undersigned parties submit the following case calendar reflecting deadlines set by the Court on the record of that hearing.

| Event | 2007 Proposed Schedule |
|---|---|
| Deadline for deposition of PNY's 30b(6) designee | February 16 |
| Initial disclosure of experts (no more than two experts per side) | March 2 |
| Exchange of expert reports | March 9 |
| Rebuttal expert reports; supplemental expert disclosures | March 23 |
| Close of expert discovery | March 30 |
| Last day to file dispositive motions (no more than three per side inclusive of any motions already filed) | April 24 |
| Last day to file dispositive motion opposition briefs | May 8 |
| Last day to file dispositive motion reply briefs | May 15 |
| Hearing on dispositive motions | June 5 |
| Deadline for settlement conference before Magistrate Judge Chen | July 20 |
| Pretrial conference; signed pretrial order due | August 21 |
| One- to two-week trial beginning | September 4 |

By his signature below, counsel for Acclaim attests under penalty of perjury that counsel for PNY concurs in the filing of this Schedule.

| | | |
|---|---|---|
| 1 | Dated: January 19, 2007 | /s/ *Steven Cherensky* |
| 2 | | Matthew D. Powers (Bar No. 104795) |
| | | matthew.powers@weil.com |
| 3 | | Steven Cherensky (Bar No. 168275) |
| | | steven.cherensky@weil.com |
| 4 | | Christopher J. Cox (Bar No. 151650) |
| 5 | | chris.cox@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | Silicon Valley Office |
| | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 802-3000 |
| 8 | | Facsimile: (650) 802-3100 |

Anita E. Kadala (admitted *pro hac vice*)
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
ACCLAIM INNOVATIONS, LLC

Dated: January 19, 2007                         /s/ *Justin T. Beck*

Ron C. Finley, Esq. (Bar No. 200549)
rfinley@beckross.com
Justin T. Beck, Esq. (Bar No. 53138)
jbeck@beckross.com
Alfredo A. Bismonte, Esq. (Bar. No. 136154)
abismonte@beckross.com
Jeremy M. Duggan (Bar No. 229854)
jduggan@beckross.com
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel.: (408) 938-7900
Fax: (408) 938-0790

Attorneys for Defendant
PNY TECHNOLOGIES, INC

GRANTED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins
1/19/2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STATEMENT REGARDING CASE SCHEDULE       2

Case No. CV 00-4770 MJJ
(263716)