```
 1   MATTHEW D. POWERS (Bar No. 104795)
     Email: matthew.powers@weil.com
 2   STEVEN CHERENSKY (Bar No. 168275)
     Email: steven.cherensky@weil.com
 3   CHRISTOPHER J. COX (Bar No. 151650)
     Email: chris.cox@weil.com
 4   WEIL, GOTSHAL & MANGES LLP
     Silicon Valley Office
 5   201 Redwood Shores Parkway
     Redwood Shores, CA 94065
 6   Telephone: (650) 802-3000
     Facsimile: (650) 802-3100
 7

 8   ANITA E. KADALA (admitted pro hac vice)
     anita.kadala@weil.com
 9   WEIL, GOTSHAL & MANGES LLP
     700 Louisiana, Suite 1600
10   Houston, TX 77002
     Telephone: (713) 546-5000
11   Facsimile: (713) 224-9511

12   Attorneys for Plaintiff
     ACCLAIM INNOVATIONS, LLC
```

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCLAIM INNOVATIONS, LLC, | Case No. 00-CV-4770 MJJ |
| Plaintiff, | **ADMINISTRATIVE REQUEST TO EXTEND CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| v. | |
| PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION, | |
| Defendants. | |

1  The parties have met and conferred and agree that a continuance of the deadline
2  for expert reports, currently set for March 9, 2007 would be appropriate to provide the parties
3  time to determine if they can resolve their disputes without the intervention of the Court.
4  Accordingly, the parties hereby stipulate that, with the Court's permission, the deadline for
5  exchange of expert reports be continued until March 16, 2007.

6  By her signature below, counsel for Acclaim attests under penalty of perjury that
7  counsel for PNY Technologies, Inc. concurs in the filing of this Stipulation.

ADMINISTRATIVE REQUEST TO EXTEND CASE
SCHEDULE; [PROPOSED] ORDER

2

Case No. 00-CV-4770 MJJ

| | | |
|---|---|---|
| 1 | Dated: March 6, 2007 | By: _____/s/ Anita Kadala_____ |

Anita Kadala
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Admitted *Pro Hac Vice*

Matthew D. Powers (Bar No. 104795)
E-Mail: matthew.powers@weil.com
Steven S. Cherensky (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Jonathan M. James
Email: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Ave.
Phoenix, AZ 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani E. Shanberg
Email: sshanberg@perkinscoie.com
Dieter H. Hellmoldt
Email: dhellmoldt@perkinscoie.com
Lila I. Bailey
Email: lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for ACCLAIM INNOVATIONS, LLC.

1
2                                            By:_____ /s/ Ron C. Finley
3                                                    Ron C. Finley

Email: rfinley@beckross.com
BECK, ROSS, BISMONTE & FINLEY LLP
50 w. San Fernando Street
Suite 1300
San Jose, CA 95113
Telephone: (408) 938-7900
Facsimile: (408) 938-0790

Attorneys for PNY TECHNOLOGIES, INC.

ADMINISTRATIVE REQUEST TO EXTEND CASE
SCHEDULE; [PROPOSED] ORDER

Case No. 00-CV-4770 MJJ

4

## SUPPORTING DECLARATION OF ANITA KADALA

I, Anita Kadala, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that a continuance of deadline to exchange expert reports would be appropriate.

3. The deadline for exchange of expert reports was originally set for March 9, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 6, 2007 at Redwood Shores, California.

                 _/s/ Anita Kadala_
                 Anita Kadala

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for exchange of expert reports is continued until March 16, 2007.

Dated: 7 Mar 07

_____
The Honorable James Larson
Chief United States Magistrate Judge