| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795)<br>Email: matthew.powers@weil.com |
| 2 | STEVEN CHERENSKY (Bar No. 168275)<br>Email: steven.cherensky@weil.com |
| 3 | CHRISTOPHER J. COX (Bar No. 151650)<br>Email: chris.cox@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 7 | |
| 8 | ANITA E. KADALA (admitted *pro hac vice*)<br>anita.kadala@weil.com |
| 9 | WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600 |
| 10 | Houston, TX 77002<br>Telephone: (713) 546-5000 |
| 11 | Facsimile: (713) 224-9511 |
| 12 | Attorneys for Plaintiff<br>ACCLAIM INNOVATIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ACCLAIM INNOVATIONS, LLC, | | Case No. 00-CV-4770 MJJ |
| Plaintiff, | | **ADMINISTRATIVE REQUEST TO EXTEND CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| v. | | |
| PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION, | | |
| Defendants. | | |

The parties have met and conferred and agree that a continuance of the deadline for expert reports, currently set for March 16, 2007 would be appropriate to provide the parties time to determine if they can resolve their disputes without the intervention of the Court. Accordingly, the parties hereby stipulate that, with the Court's permission, the deadline for exchange of expert reports be continued until March 23, 2007.

By her signature below, counsel for Acclaim attests under penalty of perjury that counsel for PNY Technologies, Inc. concurs in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2007 | By: _____/s/ Anita Kadala_____ |
| 2 | | Anita Kadala<br>Email: anita.kadala@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 3 | | 700 Louisiana, Suite 1600<br>Houston, Texas 77002 |
| 4 | | Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511 |
| 5 | | Admitted *Pro Hac Vice* |

Matthew D. Powers (Bar No. 104795)
E-Mail: matthew.powers@weil.com
Steven S. Cherensky (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Jonathan M. James
Email: jjames@perkinscoie.com
PERKINS COIE LLP
2901 North Central Ave.
Phoenix, AZ 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 351-7000

Stefani E. Shanberg
Email: sshanberg@perkinscoie.com
Dieter H. Hellmoldt
Email: dhellmoldt@perkinscoie.com
Lila I. Bailey
Email: lbailey@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Ctr., Ste. 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for ACCLAIM INNOVATIONS, LLC.

|   |   |
|---|---|
| 1 |   |
| 2 | By: _____/s/ Ron C. Finley_____ |
|   | Ron C. Finley |
| 3 | Email: rfinley@beckross.com |
|   | BECK, ROSS, BISMONTE & FINLEY LLP |
| 4 | 50 w. San Fernando Street |
|   | Suite 1300 |
| 5 | San Jose, CA  95113 |
|   | Telephone: (408) 938-7900 |
| 6 | Facsimile: (408) 938-0790 |
| 7 | Attorneys for PNY TECHNOLOGIES, INC. |

ADMINISTRATIVE REQUEST TO EXTEND CASE
SCHEDULE; [PROPOSED] ORDER

Case No. 00-CV-4770 MJJ

## SUPPORTING DECLARATION OF ANITA KADALA

I, Anita Kadala, declare as follows:

1. I am an attorney admitted to practice pro hac vice in the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Acclaim Innovations, LLC. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree that a continuance of deadline to exchange expert reports would be appropriate.

3. The deadline for exchange of expert reports was originally set for March 16, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 19, 2007 at Redwood Shores, California.

*/s/ Anita Kadala*
Anita Kadala

1  **[PROPOSED] ORDER**

2         PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for
3  exchange of expert reports is continued until March 23, 2007.

4  Dated:   Mar. 22 2007

                                    The Honorable Martin J. Jenkins
                                    United States District Judge