1  [APPEARANCES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCLAIM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 00-CV-4770 MJJ<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to the provisions of Fed. R. Civ. P. rule 41(a)(1)(ii), Acclaim Innovations, LLC ("Acclaim"), plaintiff, and PNY Technologies, Inc. ("PNY"), defendant, parties to the above-entitled action, by and through their respective attorneys, do hereby stipulate to dismiss all claims pending between Acclaim and PNY in the above-entitled action. Such dismissal is with prejudice to the extent set forth in the contemporaneously-executed Settlement Agreement. Each side is to bear its own attorneys' fees and costs.

This dismissal of claims against PNY does not affect claims pending against any of the other defendants in this action.

| | |
|---|---|
| Dated: April 18, 2007 | /s/ *Anita E. Kadala* |
| | MATTHEW D. POWERS (Bar No. 104795) |
| | E-Mail: matthew.powers@weil.com |
| | STEVEN S. CHERENSKY (Bar No. 168275) |
| | E-Mail: steven.cherensky@weil.com |
| | CHRISTOPHER J. COX (Bar No. 151650) |
| | Email: chris.cox@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | ANITA E. KADALA (Admitted *Pro Hac Vice*) |
| | Email: anita.kadala@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 700 Louisiana, Suite 1600 |
| | Houston, Texas 77002 |
| | Telephone: (713) 546-5000 |
| | Facsimile: (713) 224-9511 |
| | |
| | Attorneys for Plaintiff |
| | ACCLAIM INNOVATIONS, LLC |
| Dated: April 18, 2007 | /s/ *Ron C. Finley* |
| | JUSTIN T. BECK (Bar No. 53 148) |
| | E-Mail: jbeck@beckross.com |
| | RON C. FINLEY (Bar. No. 200549) |
| | Email: rfinley@beckross.com |
| | ALFREDO A. BISMONTE (Bar. No. 136154) |
| | E-Mail: abismonte@beckross.com |
| | JEREMY M. DUGGAN (Bar. No. 229854) |
| | E-Mail: jduggan@beckross.com |
| | BECK, ROSS, BISMONTE & FINLEY, LLP |
| | 50 West San Fernando Street, Suite 1300 |
| | San Jose, CA 95 1 13 |
| | Tel: (408) 938-7900 |
| | Fax: (408) 938-0790 |
| | Attorneys for Defendant |
| | PNY TECHNOLOGIES, INC. |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __5/2_____, 2007          _____/s/ Martin J. Jenkins_____
                                       The Honorable Martin J. Jenkins
                                       United States District Judge