IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

LEXAR MEDIA, INC., et al.,

    Plaintiff(s),

v.

PRETEC ELECTRONIC CORP. and C-ONE TECHNOLOGY CORPORATION,

    Defendant(s).

No. C 00-4770 MJJ

**ORDER TO SHOW CAUSE**

On May 14, 2007, the Court set a status conference in this action for June 5, 2007 at 2:00 p.m. The defendants failed to appear at the appointed time for the status conference, nor did the Court receive requests for extensions of time or any other excuses for the parties' failures to appear. Accordingly, the Court hereby issues an order to show cause why the defendants failed to appear at the scheduled status conference.

IT IS HEREBY ORDERED that Defendants Pretec Electronic Corp. and C-One Technology Corporation shall file a written response to this order to show cause **within twenty-one (21) days of the date of this order**. The Clerk is directed to serve the defendants in the same manner as the Court's Orders of April 18, 2007 and May 14, 2007. Failure to respond may result in the Court striking each defendant's answer and entry of default.

Dated: 6/8/2007

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXAR MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRETEC ELECTRONICS CORP et al, <br><br> Defendant. | Case Number: CV00-04770 MJJ <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

[Pursuant to the Court's Order, the following were also served by e-mail and by fax.]

C-One Technology Corporation
Attn: Gordon Yu, President
Gordony@c1tech.com.tw
B1, No. 57, Dong Guang Road
Hsin-Chu City, Taiwan
R.O.C.

Telephone: 011-886-3-572-3438
Facsimile: 011-886-3-572-4806

Pretec Electronics Corporation
Attn: Grace Yu, Finance Director
Grace.Y@pretec.com
46791 Fremont Blvd.
Fremont, CA 94538

Telephone: 510-440-0535
no fax provided.

Dated: June 8, 2007

Richard W. Wieking, Clerk
By: BETTY FONG Deputy Clerk