1  MATTHEW D. POWERS (Bar No. 104795)
   Email:  matthew.powers@weil.com
2  STEVEN CHERENSKY (Bar No. 168275
   Email:  steven.cherensky@weil.com
3  RIP FINST (Bar No. 234478)
   Email: rip.finst@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
5  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
6  Facsimile: (650) 802-3100

7  ANITA E. KADALA (admitted *pro hac vice*)
   anita.kadala@weil.com
8  WEIL, GOTSHAL & MANGES LLP
   Houston Office
9  700 Louisiana, Suite 1600
   Houston, TX 77002
10 Telephone: (713) 546-5000
   Facsimile: (713) 224-9511
11
   Attorneys for Plaintiff
12 ACCLAIM INNOVATIONS, LLC

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

| ACCLAIM INNOVATIONS, LLC, | Case No. 00-CV-4770 MJJ (EMC) |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE BY 60 DAYS; DECLARATION OF STEVEN CHERENSKY IN SUPPORT; [PROPOSED] ORDER** |
| v. | |
| PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION, | |
| Defendants. | |

1   WHEREAS defendant C-One Technology Corp. ("C-One") recently retained new
2   counsel, and new counsel has requested time and an opportunity to review the procedural history
3   and factual and legal contentions at issue; and

4   WHEREAS a Settlement Conference is scheduled for July 31, 2007 and
5   settlement conference statements are due July 17, 2007 (*see* Docket No. 388),

6   IT IS HEREBY STIPULATED AND AGREED, by and between Acclaim
7   Innovations, LLC ("Acclaim") and C-One, through their respective counsel undersigned, that:

8   The Settlement Conference and deadline for submission of settlement conference
9   statements shall be continued by 60 days.

10   Accordingly, the parties hereby stipulate that, with the Court's permission, the
11   deadline for submission of settlement conference statements be continued until September 18,
12   2007, and the Settlement Conference be rescheduled to Tuesday, October 2, 2007, or as soon
13   thereafter as convenient for the Court.

14   By his signature below, counsel for Acclaim attests under penalty of perjury that
15   counsel for C-One concurs in the filing of this Stipulation.

Dated: July 6, 2007            By:      */s/ Steven Cherensky*
                                        Steven Cherensky
                                        Matthew D. Powers (Bar No. 104795)
                                        E-Mail: matthew.powers@weil.com
                                        Steven S. Cherensky (Bar No. 168275)
                                        E-Mail: steven.cherensky@weil.com
                                        Christopher J. Cox (Bar No. 151650)
                                        Email: chris.cox@weil.com
                                        WEIL, GOTSHAL & MANGES LLP
                                        201 Redwood Shores Parkway
                                        Redwood Shores, CA  94065
                                        Telephone: (650) 802-3000
                                        Facsimile: (650) 802-3100

                                        Attorneys for Plaintiff,
                                        ACCLAIM INNOVATIONS, LLC.


Dated: July 6, 2007            By:      */s/ Leodis C. Matthews*
                                        Leodis C. Matthews
                                        Leodis C. Matthews
                                        Email: leesq@aol.com
                                        MATTHEWS & PARTNERS
                                        4322 Wilshire Blvd., Suite 200
                                        Los Angeles, CA 90010-3792
                                        Telephone: (323) 930-5690
                                        Facsimile: (923) 930-5693

                                        Attorneys for Defendant,
                                        C-ONE TECHNOLOGY CORP.

## SUPPORTING DECLARATION OF STEVEN CHERENSKY

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Acclaim Innovations, LLC. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree to a continuance of the Settlement Conference and the deadline to file settlement conference statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 6, 2007 at Redwood Shores, California.

*/s/ Steven Cherensky*
Steven Cherensky

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Settlement Conference in the above captioned matter shall be continued from July 31, 2007 to ~~October 2, 2007~~ November 8, 2007 at 9:30 a.m, and the deadline for submission of settlement conference statements shall be ~~September 18, 2007.~~ October 25, 2007.

Dated: __July 9_____, 2007    _____
The Honorable Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*