MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
STEVEN CHERENSKY (Bar No. 168275
Email: steven.cherensky@weil.com
RIP FINST (Bar No. 234478)
Email: rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA (admitted *pro hac vice*)
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
ACCLAIM INNOVATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCLAIM INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION,<br><br>Defendants. | Case No. 00-CV-4770 MJJ (EMC)<br><br>**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE BY 90 DAYS; DECLARATION OF RIP FINST IN SUPPORT; [~~PROPOSED~~] ORDER** |

1        WHEREAS plaintiff Acclaim Innovations, LLC ("Acclaim") and defendant C-One Technology Corp. ("C-One") have agreed to settle this matter and are finalizing the terms of a settlement agreement;

4        WHEREAS C-One requires 60 calendar days from the effective date of the settlement agreement to submit payment to Acclaim pursuant to the settlement agreement; and

6        WHEREAS a Settlement Conference is scheduled for November 8, 2007 and settlement conference statements are due October 25, 2007 (*see* Docket No. 396),

8        IT IS HEREBY STIPULATED AND AGREED, by and between Acclaim and C-One, through their respective counsel undersigned, that:

10        The Settlement Conference and deadline for submission of settlement conference statements shall be continued by 90 days.

12        Accordingly, the parties hereby stipulate that, with the Court's permission, the deadline for submission of settlement conference statements be continued until January 23, 2008, and the Settlement Conference be rescheduled to Thursday, February 7, 2008, or as soon thereafter as convenient for the Court.

16        By his signature below, counsel for Acclaim attests under penalty of perjury that counsel for C-One concurs in the filing of this Stipulation.

Dated: October 24, 2007        By:   */s/ Steven Cherensky*
                                     Steven Cherensky
                                     Matthew D. Powers (Bar No. 104795)
                                     E-Mail: matthew.powers@weil.com
                                     Steven S. Cherensky (Bar No. 168275)
                                     E-Mail: steven.cherensky@weil.com
                                     RIP FINST (Bar No. 234478)
                                     Email: rip.finst@weil.com
                                     WEIL, GOTSHAL & MANGES LLP
                                     201 Redwood Shores Parkway
                                     Redwood Shores, CA 94065
                                     Telephone: (650) 802-3000
                                     Facsimile: (650) 802-3100

                                     Attorneys for Plaintiff,
                                     ACCLAIM INNOVATIONS, LLC.

Dated: October 24, 2007        By:   */s/ Leodis C. Matthews*
                                     Leodis C. Matthews
                                     Leodis C. Matthews
                                     Email: leesq@aol.com
                                     MATTHEWS & PARTNERS
                                     4322 Wilshire Blvd., Suite 200
                                     Los Angeles, CA 90010-3792
                                     Telephone: (323) 930-5690
                                     Facsimile: (923) 930-5693

                                     Attorneys for Defendant,
                                     C-ONE TECHNOLOGY CORP.

## SUPPORTING DECLARATION OF RIP FINST

I, Rip Finst, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Acclaim Innovations, LLC. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true. The parties have met and conferred and agree to a continuance of the Settlement Conference and the deadline to file settlement conference statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 24, 2007 at Redwood Shores, California.

> */s/ Rip Finst*
> Rip Finst

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Settlement Conference in the above captioned matter shall be continued from November 8, 2007 to February 7, 2008 at 9:30 a.m, and the deadline for submission of settlement conference statements shall be January 23, 2008.

Dated: __October 26_____, 2007

_____
The Honorable Edward M. Chen
United States

IT IS SO ORDERED
Judge Edward M. Chen