[APPEARANCES LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXAR MEDIA, INC., | Case No. 00-CV-4770 MJJ |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| PRETEC ELECTRONICS CORP.; PNY TECHNOLOGIES, INC.; MEMOREX PRODUCTS, INC. f/k/a MEMTEK PRODUCTS, INC.; and C-ONE TECHNOLOGY CORPORATION, | |
| Defendants. | |

Pursuant to the provisions of Fed. R. Civ. P. rule 41(a)(1)(ii), Lexar Media, Inc. ("Lexar"), plaintiff, and C-One Technology Corp. ("C-One") and Pretec Electronics Corp. ("Pretec"), defendants, parties to the above-entitled action, by and through their respective attorneys, do hereby stipulate to dismiss all claims pending between Lexar, C-One and Pretec in the above-entitled action. Such dismissal is with prejudice to the extent set forth in the contemporaneously-executed Settlement Agreement. Each side is to bear its own attorneys' fees and costs.

This dismissal of claims against C-One and Pretec does not affect claims against any of the other defendants in this action.

Pursuant to General Order 45, § X(B), counsel for plaintiffs attests that concurrence in the filing of the document has been obtained from the other signatories of this document.

Dated: January 23, 2008    By:    */s/ Christopher J. Cox*
MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN S. CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA (Admitted *Pro Hac Vice*)
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Plaintiff
LEXAR MEDIA, INC.

Dated: January 23, 2008    By:    */s/ Leodis Matthews*
LEODIS MATTHEWS (Bar No. 109064)
E-Mail: leesq@aol.com
MATTHEWS & PARTNERS
4322 Wilshire Boulevard
Los Angeles, CA 90010-3792
Telephone: 323-930-5690
Facsimile: 323-930-5693

Attorneys for Defendants
C-ONE TECHNOLOGY, CORP., and
PRETEC ELECTRONICS CORP.

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __March 17_____, 2008

_____
The Honorable Martin J. Jenkins
United States District Judge